

April 14, 2021

Clerk, Eastern District of Wisconsin
17 E. Wisconsin Ave - Room 362
Milwaukee, WI 53202

### *Re: In re Tasinga Products Liability Litigation*

To Whom It May Concern,

Please find served upon you a copy of (1) a motion to transfer pursuant to 28 U.S.C. 1407, (2) a brief in support, (3) a schedule of actions, (4) supporting exhibits, and (5) a proof of service. This pertains to *The Estate of Gerald Mielke, and Annette Schimming v. Novartis Pharmaceuticals Corporation*, case number 2:21-cv-00135 pending in your court.

Sincerely,

*Richard M. Elias*

Richard M. Elias

(314) 391-6820 | 130 S Bemiston Ave, Ste 302, St. Louis, MO 63105 | eliasllc.com